IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RAY HRUSKA,

        Plaintiff,

v.                                       Case No. 18-4073-HLT

GENERAL CASUALTY COMPANY
OF WISCONSIN,

        Defendants.

## **AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 21) to amend the scheduling order filed on October 10, 2018 (ECF No. 11). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    All discovery shall be commenced or served in time to be completed by **August 19, 2019.**

    b.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from defendant by **May 28, 2019.** Disclosures and reports by any rebuttal experts are due by **July 15, 2019**.

    c.    The final pretrial conference is rescheduled to **September 5, 2019 at 1:00 p.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **August 26, 2019**, defendant shall submit the parties' proposed pretrial order as an

attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

  f. The deadline for filing all other potentially dispositive motions (e.g., summary judgment) and motions challenging admissibility of expert testimony is **October 1, 2019**.

  g. At the direction of Judge Teeter, the case shall be reset for trial on a trial calendar that will begin on **April 20, 2020.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated March 11, 2019 at Kansas City, Kansas.

             s/ James P. O'Hara
             James P. O'Hara
             U.S. Magistrate Judge